UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DONALD L. BRANNON,

       Plaintiff,

       v.

JO ANNE B. BARNHART,
Commissioner of Social Security,

       Defendant.

Civil No. 05-1935-HU

O R D E R

HAGGERTY, Chief Judge:

    Magistrate Judge Hubel has issued a Findings and Recommendation [21] in this action. The Magistrate Judge recommended that the Commissioner's final decision should be affirmed. No objections were filed, and the case was referred to me.

    The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When no timely objection is filed, the court need only satisfy itself that there is no clear

1 - ORDER

error on the face of the record in order to accept the recommendation of the Magistrate. *Campbell v. United States Dist. Ct.*, 501 F.2d 196 (9th Cir. 1974).

No clear error appears on the face of the record. This court adopts the Magistrate Judge's Findings and Recommendation.

**CONCLUSION**

The Magistrate Judge's Findings and Recommendation [21] is adopted. The Commissioner's final decision is affirmed. A Judgment shall be prepared dismissing this action with prejudice.

IT IS SO ORDERED.

Dated this  22  day of February, 2007.


                                                /s/ Ancer L. Haggerty  
                                                    Ancer L. Haggerty  
                                          United States District Judge